# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL MARIN,**
                **Plaintiff,**

**-vs-**                                                                 **Case No. 6:04-cv-1738-Orl-22JGG**

**RANGER AMERICAN OF FLORIDA,**
**INC., W.B.E. OF FLORIDA, INC.,**
**RONALD L. BOWDEN,**
                **Defendants.**
_____

## ORDER

This cause is before the Court on Report and Recommendation (Doc. No. 45) filed on March 2, 2006.

The United States Magistrate Judge has submitted a report recommending that the settlement of the parties be approved and that the parties file a stipulation for dismissal no later than April 3, 2006.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed March 2, 2006 (Doc. No. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The settlement of the parties is hereby **APPROVED**.

3.    The parties shall file a stipulation for dismissal by April 3, 2006.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 30, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record